Charlene LEATHERMAN, et al., Plaintiffs–Appellants,

v.

TARRANT COUNTY NARCOTICS IN-TELLIGENCE AND COORDINATION UNIT, et al., Defendants–Appellees.

No. 91–1215.

United States Court of Appeals, Fifth Circuit.

June 14, 1993.

Richard Gladden, Don Gladden, Fort Worth, TX, for plaintiffs-appellants.

Van Thompson, Jr., Dist. Atty., Fort Worth, TX, for Tarrant County, et al.

Rex McEntire, Wayne K. Olson, Fort Worth, TX, for City of Lake Worth, TX.

Kevin Keith, Fowler, Wiles, Norton & Keith, Dallas, TX, for City of Grapevine, TX.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before GOLDBERG, SMITH, and DUHÉ, Circuit Judges.

PER CURIAM:

Pursuant to the Supreme Court opinion in *Leatherman v. Tarrant County Narcotics Intelligence,* —— U.S. ——, 113 S.Ct. 1160, 122 L.Ed.2d 517 (1993), this court remands this case to the district court for proceedings

consonant with the opinion of the Supreme Court.